1  PHILLIP A. TALBERT
United States Attorney
2  JOHN E. SCANLON
Special Assistant U.S. Attorney
3  501 I Street, Suite 10-100
Sacramento, CA 95814
4  (916) 554-2700

5  Attorneys for Plaintiff
United States of America

**FILED**

**Aug 9, 2022**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

Case No. 2:22-cr-0172 CKD

11  UNITED STATES OF AMERICA,        )
                                     )
12                    Plaintiff,     )   VIOLATION: 18 U.S.C. § 661 – Theft
                                     )   of Personal Property
13        v.                         )
                                     )
14  LEAUTRY LONELL CRAWLEY,          )
                                     )
15                    Defendant.     )
                                     )
16  _____)

17

18                    I N F O R M A T I O N

19  COUNT ONE:    [18 U.S.C. § 661 – Theft of Personal Property]

20          The United States Attorney charges:  T H A T

21                    LEAUTRY LONELL CRAWLEY,

22  defendant herein, on or about May 26, 2022, at the Beale Air

23  Force Base, County of Yuba, State and Eastern District of California,

24  within the special maritime and territorial jurisdiction of the

25  United States, did take and carry away, with intent to steal and

26  ///

27  ///

28  ///

INFORMATION                          1          U.S. v. LEAUTRY LONELL CRAWLEY

1   purloin, any personal property of another of a value not exceeding

2   $1,000, to wit:  two bicycles, in violation of Title 18, United

3   States Code, Section 661, a Class A misdemeanor.

4

5   DATED: August 9, 2022          PHILLIP A. TALBERT
                                   United States Attorney
6

7
                                   By:    */s/ John E. Scanlon*
8                                         JOHN E. SCANLON
                                          Special Assistant U.S. Attorney
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## **PENALTY SLIP**

## **UNITED STATES v. LEAUTRY LONELL CRAWLEY**

## **COUNT ONE:**

VIOLATION:                          18 U.S.C. § 661 – Theft of Personal Property

MAXIMUM PENALTY:         Imprisonment of not more than one year, a fine of not more
                                        than $100,000, or both.

SUPERVISED RELEASE:       One year.

SPECIAL ASSESSMENT:       $25.00