PHILLIP A. TALBERT
United States Attorney
ALSTYN BENNETT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:22-CR-00172-CKD |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME UNDER SPEEDY TRIAL ACT |
| v. | |
| LEAUTRY CRAWLEY, | |
| Defendant. | DATE: September 22, 2022<br>TIME: 9:30 a.m.<br>JUDGE: Hon. Carolyn K. Delaney |

**STIPULATION**

The United States of America, by and through its counsel of record, and defendant, by and through its counsel of record, stipulate as follows:

1.  By previous order, this matter was scheduled for a status conference on September 22, 2022.

2.  By this stipulation, defendant now moves to continue the status conference until October 20, 2022 at 9:30 a.m.

3.  The parties agree and stipulate, and request that the Court find the following:

    a)   The government has represented that the discovery

associated with this case includes reports and video.  All of this discovery has been produced directly to defense counsel.

    b)    Counsel for the defendant desires additional time to review the discovery, conduct investigation, to discuss potential resolutions with her client, to prepare pretrial motions, and to otherwise prepare for trial.

    c)    Counsel for defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    d)    The government does not object to the continuance.

    e)    Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    f)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of September 22, 2022 to October 20, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the

///
///
///

ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial. IT IS SO STIPULATED.

DATED: September 21, 2022          PHILLIP A. TALBERT
                                   United States Attorney

                             By:   */s/ Alstyn Bennett*
                                   ALSTYN BENNETT
                                   Assistant U.S. Attorney


                                   */s/ Linda Allison*
                                   LINDA ALLISON
                                   Assistant Federal Defender
                                   Counsel for Defendant
                                   (*Per 09/22/2022 email authorization from Linda Allison*)

**FINDINGS AND ORDER**

   IT IS SO FOUND AND ORDERED

Dated:  September 22, 2022

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE