HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA C. ALLISON, #179741
Assistant Federal Defender
Designated Counsel for Service
801 "I" Street, 3rd Floor
Sacramento, CA 95814
P: 916-498-5700/F: 916-498-5710
Linda.allison@fd.org

Attorney for Defendant
LEAUTRY LONELL CRAWLEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LEAUTRY LONELL CRAWLEY,<br><br>Defendant. | Case No.: 2:22-cr-0172 CKD<br><br>STIPULATION AND ORDER TO CONTINUE JURY TRIAL AND EXCLUDE TIME<br><br>DATE:   October 28, 2022<br>TIME:    9:30 AM<br>JUDGE:  CAROLYN K. DELANEY |

IT IS HEREBY STIPULATED between the parties through their respective counsel, Special Assistant United States Attorney Alstyn Bennett Assistant Federal Defender Linda C. Allison attorney for Leautry Lonell Crawley, that the Court continue the jury trial on January 9, 2023 to February 27, 2023 at 9:30 a.m. Trial confirmation hearing will remain on December 8, 2022.

The reason for the continuance is to allow the defense counsel additional time for trial preparation and investigation. The parties agree that the ends of justice served by granting defendant's request for a continuance outweighs the best interest of the public and the defendant in a speedy trial.

The parties stipulate that for the purpose of computing time under the Speedy Trial Act, the Court should exclude time from the date of this order through February 27, 2023 for defense

1  preparation and investigation.  18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [Local Code T4].

3  Dated:  November 2, 2022                    Respectfully submitted,

   HEATHER E. WILLIAMS
   Federal Defender
   */s/ Linda C. Allison*
   LINDA C. ALLISON
   Assistant Federal Defender
   Attorney for Defendant

   Date: November 2, 2022                      PHILLIP A. TALBERT
                                               United States Attorney

                                               */s/ Alstyn Bennett*
                                               ALSTYN BENNETT
                                               Assistant United States Attorney
                                               Attorneys for Plaintiff

Stipulation and Order to Change Jury Trial
Date and Exclude Time                          -2-                *United States v. Crawley*,
                                                                  2:22-cr-0172 CKD

**O R D E R**

IT IS HEREBY ORDERED that the Jury Trial currently set for January 9, 2023 be vacated for the reasons stated above and continued to February 27, 2023 at 9:30 a.m. Time is excluded from the date of this order through February 27, 2023 based on Local Code T4 and by stipulation of the parties.

Dated: November 4, 2022

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE