UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

BEFORE THE HONORABLE CAROLYN K. DELANEY

| | |
|---|---|
| UNITED STATES | Case 2:22-cr-0172 CKD |
| Plaintiff, | |
| v. | **MINUTES** |
| LEAUTRY CRAWLEY | Date: 2/27/2023<br>Deputy Clerk: Lisa M. Kennison |
| Defendant. | Reporter: ECRO |

**Counsel for the Plaintiff:** Alstyn Bennett and Justin Lee, Assistant United States Attorneys
**Counsel for the Defendant:** Linda Harter, Assistant Public Defender, Jules Jallab, CLS
Mariah Massa, CLS and Jenny Salgado, CLS.

## JURY TRIAL:

| | |
|---|---|
| 9:00 AM | All counsel present as noted above. Defendant present, out of custody. The court and counsel discussed housekeeping. The court entered rulings on Motions in *Limine* [14] and [15]. |
| 9:30 AM | Prospective jurors present. Prospective jurors sworn and voir dire began. Prospective jurors thanked and excused. |
| 10:55 AM | Jury sworn and admonished. All parties excused for morning break. |
| 11:15 AM | Court back in session. The court read preliminary instructions to the jury. |
| 11:30 AM | Ms. Bennett presented opening statements on behalf of the United States. |
| 11:35 AM | Ms. Jallab presented opening statements on behalf of the Defendant. |
| 11:40 AM | Government's witness, Sohwon Victor, sworn and testified on direct. Examination conducted by Ms. Salgado. |
| 12:05 PM | Jury admonished and all parties excused for lunch. |
| 1:30 PM | Court back in session. All parties present. The court and parties discussed with Juror 8, only, about scheduling. |

| 1:35 PM | All jurors present. Joint stipulation of facts presented by the Government. |
|---|---|
| 1:40 PM | Government's witness, Haley Burrus, sworn and testified on direct. Examination by Ms. Jallab. Redirect Mr. Lee. Recross by Ms. Jallab. |
| 1:50 PM | Government's witness, Travis Walker, sworn and testified on direct. Examination by Ms. Salgado. Witness excused. |
| 2:10 PM | Government's witness, Isaac Gonzalez, sworn and testified on direct. Examination by Ms. Jallab. Witness excused. |
| 2:25 PM | Government's witness, Drew Walsh, sworn and testified on direct. Examination by Ms. Salgado. Witness excused. |
| 2:30 PM | Jury admonished and excused for an afternoon break. |
| 2:45 PM | Court back in session. All parties present. The court and parties discussed with Juror 8, only, about scheduling. |
| 2:50 PM | All jurors present. All parties excused for evening recess. Jury Trial (Day 2) set for February 28, 2023 at 10:00 AM. |

**ADMITTED EXHIBITS: Govt Exhibits; 4, 3, 10, 2, 13, 18, 6, 1, 5 7, 8, 9, 11, 12, 14, 15**

**TIME IN COURT: 3 Hrs. 50 mins.**