UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,      )<br>                                )<br>           Plaintiff,           )<br>                                )<br>     v.                         )<br>                                )<br>LEAUTRY LONELL CRAWLEY,         )<br>                                )<br>           Defendant.           )<br>                                )<br>                                )<br>                                ) | 2:22-cr-00172-CKD<br><br>ORDER TO DISMISS AND VACATE STATUS<br>CONFERENCE<br><br>DATE:  March 8, 2023<br>TIME:  9:30 a.m.<br>JUDGE: Honorable Carolyn K. Delaney |

    It is hereby ordered that the plaintiff United States of America's Motion to Dismiss Case Number 2:22-cr-00172-CKD is GRANTED.

    It is further ordered that the status conference scheduled on March 8, 2023, is vacated.

IT IS SO ORDERED.

Dated:  March 1, 2023

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE